UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSANA BATMAN, MICHAEL HENDERSON, and JOSHUA TORRES,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID PEREZ and YUMA UNION HIGH SCHOOL DISTRICT,<br><br>Defendants. | Case No.: 20-CV-2298 JLS (RBM)<br><br>**ORDER VACATING HEARING**<br><br>(ECF No. 2) |

Presently before the Court is Defendants David Perez and Yuma Union High School District's Motion to Dismiss (ECF No. 2). On its own motion, the Court **VACATES** the hearing scheduled for January 14, 2020 at 1:30 p.m. and takes the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED**.

Dated: January 7, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge