UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSANA BATMAN, MICHAEL HENDERSON, and JOSHUA TORRES,<br><br>  Plaintiffs,<br><br>v.<br><br>DAVID PEREZ and YUMA UNION HIGH SCHOOL DISTRICT,<br><br>  Defendants. | Case No.: 20-CV-2298 JLS (RBM)<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

On August 9, 2021, the Court granted Defendants' Motion to Dismiss and dismissed Plaintiffs' Complaint without prejudice. ECF No. 24. When Plaintiff failed to file an amended complaint or otherwise appear in this matter, the Court ordered Plaintiff to show cause why this case should not be dismissed with prejudice for failure to prosecute. ECF No. 25. The Court granted Plaintiff thirty days from October 15, 2021 to respond to the Order. Plaintiff has failed to respond to the Order or file an amended complaint.

///

///

///

///

1  Accordingly, the Court **DISMISSES WITH PREJUDICE** Plaintiff's action in its entirety.
2  This Order concludes the litigation in this matter.  The Clerk of the Court shall close the
3  file.

4      **IT IS SO ORDERED**.

5  Dated:  November 16, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge