UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSANA BATMAN, MICHAEL HENDERSON, and JOSHUA TORRES,<br>　　　　　　　　　　Plaintiffs,<br>v.<br>DAVID PEREZ and YUMA UNION HIGH SCHOOL DISTRICT,<br>　　　　　　　　　　Defendants. | Case No.: 20-CV-2298 JLS (RBM)<br><br>**ORDER VACATING HEARING**<br><br>(ECF No. 27) |

Presently before the Court is Plaintiffs Susana Batman, Michael Henderson, and Joshua Torres's Motion to Set Aside Judgment (ECF No. 27).  On its own motion, the Court **VACATES** the hearing scheduled for July 21, 2022 at 1:30 p.m. and takes the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED**.

Dated: July 14, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge